```
                              United States Bankruptcy Court
                              Central District of California
In re:                                                                  Case No. 13-13337-CB
Antonio Panopio Ferrer, Jr.                                             Chapter 7
Marjorie Serafico Ferrer
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0973-8          User: mlyonsC                 Page 1 of 3                   Date Rcvd: Jul 31, 2013
                              Form ID: b18                  Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2013.
db/jdb         +Antonio Panopio Ferrer, Jr.,    Marjorie Serafico Ferrer,    7806 Adams Way,
                 Buena Park, CA 90620-3905
33715653       +Ameriquest Mortgage Co,    2677 North Main St Ste 140,    Santa Ana, CA 92705-6659
33715656       +Bank One,    Po Box 901008,    Fort Worth, TX 76101-2008
33715657       +California Business Bureau,    1711 S Mountain Av,    Monrovia, CA 91016-4256
33715660       +Car Capital Financial, Inc.,    700 W. Collins Ave.,    Orange, CA 92867-5514
33715666       +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
33715670       +Equifax,    PO Box 144717,    Orlando, FL 32814-4717
33715671       +Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
33715672       +Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
33715673       +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
33715677       +Granite Bay Acceptance,    2940 Hebron Park Dr,    Hebron, KY 41048-9573
33715682       +Midland Funding LLC,    10601-G Tierrasanta Blvd #4540,    San Diego, CA 92124-2616
33715685       +Ohio Savings Association,    1801 E 9th Ste 200,    Cleveland, OH 44114-3103
33715687       +Santander Consumer Usa,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
33715688       +Sears/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
33715689       +Sequoia Financial Svcs,    500 N Brand Blvd,    Glendale, CA 91203-3950
33715691       +Trans Union Corporation,    ATTN: Public Records Department,    555 W. Adams St.,
                 Chicago, IL 60661-3631
33715692       +Transunion Consumer Relations,    PO Box 2000,    Chester, PA 19016-2000
33715694       +United Resource Systems,    10075 W Colfax Ave,    Lakewood, CO 80215-3907
33715696       +Valley Collection Serv,    7025 N 58th Ave,    Glendale, AZ 85301-2424
33715698      ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
                (address filed with court: Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590)
33715697       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
33715699       +Western Sierra Acceptance,    1547 Palos Verdes Mall #264,    Walnut Creek, CA 94597-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QJJJOSEPH.COM Aug 01 2013 03:23:00      James J Joseph (TR),
                 Danning, Gill, Diamond & Kollitz,    1900 Avenue of the Stars, 11th Floor,
                 Los Angeles, CA 90067-4402
smg            EDI: EDD.COM Aug 01 2013 03:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Aug 01 2013 03:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
cr             EDI: BECKLEE.COM Aug 01 2013 03:23:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
33715652       +EDI: AMEREXPR.COM Aug 01 2013 03:23:00      American Express,    Po Box 981537,
                 El Paso, TX 79998-1537
33715655        EDI: BANKAMER.COM Aug 01 2013 03:23:00      Bank Of America,    PO BOX 982235,    El Paso, TX 79998
33715654        EDI: BANKAMER.COM Aug 01 2013 03:23:00      Bank Of America,    PO BOX 982238,    El Paso, TX 79998
33715658       +EDI: CAPITALONE.COM Aug 01 2013 03:23:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
33715659       +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 01 2013 03:33:06
                 Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
33715662       +EDI: CHASE.COM Aug 01 2013 03:23:00      Chase,    800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
33715663       +EDI: CITICORP.COM Aug 01 2013 03:23:00      Citibank, Na,    Po Box 769006,
                 San Antonio, TX 78245-9006
33715664       +EDI: SEARS.COM Aug 01 2013 03:23:00      Citibank/Sears,    Po Box 6282,
                 Sioux Falls, SD 57117-6282
33715665       +EDI: CITICORP.COM Aug 01 2013 03:23:00      Citicards Cbna,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
33715667       +EDI: WFNNB.COM Aug 01 2013 03:23:00      Comenity Bank/Nwprtnws,    Po Box 182789,
                 Columbus, OH 43218-2789
33715668       +EDI: CREDPROT.COM Aug 01 2013 03:23:00      Credit Protection Association,
                 13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
33715669        EDI: DISCOVER.COM Aug 01 2013 03:23:00      Discover Fin Svcs Llc,    PO Box 15316,
                 Wilmington, DE 19850-5316
33715674        EDI: CALTAX.COM Aug 01 2013 03:23:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
33715675       +EDI: RMSC.COM Aug 01 2013 03:23:00      Ge Capital/Mervyns,    Po Box 965005,
                 Orlando, FL 32896-5005
33715676       +EDI: RMSC.COM Aug 01 2013 03:23:00      Ge/Jcpenney,    Po Box 965007,    Orlando, FL 32896-5007
33715678       +EDI: HFC.COM Aug 01 2013 03:23:00      Hsbc/Mitsubishi,    Po Box 5253,
                 Carol Stream, IL 60197-5253
33715679        EDI: IRS.COM Aug 01 2013 03:23:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326
33715680       +E-mail/Text: compliance@rentcollectglobal.com Aug 01 2013 03:33:10      Iq Data International,
                 1010 SE Everett Mall Way 100,    Everett, WA 98208-2855
33715681       +EDI: MID8.COM Aug 01 2013 03:23:00      Midland Funding Llc,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
```

```
District/off: 0973-8          User: mlyonsC              Page 2 of 3                   Date Rcvd: Jul 31, 2013
                              Form ID: b18               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
33715683      +E-mail/Text: alexis.olmeda@mynycb.com Aug 01 2013 03:38:28      New York Community Bank,
               1801 E 9th St,    Cleveland, OH 44114-3103
33715684      +E-mail/Text: bnc@nordstrom.com Aug 01 2013 03:30:22      Nordstrom Fsb,    Po Box 13589,
               Scottsdale, AZ 85267-3589
33715686      +EDI: CITICORP.COM Aug 01 2013 03:23:00       Prism/Citibank,    Po Box 6497,
               Sioux Falls, SD 57117-6497
33715687      +EDI: DRIV.COM Aug 01 2013 03:23:00       Santander Consumer Usa,    5201 Rufe Snow Dr,
               North Richland Hills, TX 76180-6036
33715690      +EDI: WTRRNBANK.COM Aug 01 2013 03:23:00       Target National Bank,    Po Box 673,
               Minneapolis, MN 55440-0673
33715693      +EDI: URSI.COM Aug 01 2013 03:23:00       United Recovery Systems,    5800 N Course Dr,
               Houston, TX 77072-1613
33715695      +EDI: CITICORP.COM Aug 01 2013 03:23:00       Universal Card/Citibank,    Po Box 6241,
               Sioux Falls, SD 57117-6241
                                                                                               TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
33715651     ##+Amc Mortgage Services,    1100 Town And Country Rd 1200,    Orange, CA 92868-4693
33715661     ##+Cbe Group,    131 Tower Park Dr Ste 100,    Waterloo, IA 50701-9374
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0973-8          User: mlyonsC              Page 3 of 3              Date Rcvd: Jul 31, 2013
                              Form ID: b18               Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2013 at the address(es) listed below:
```
              Gilbert B Weisman, ll    on behalf of Creditor    American Express Centurion Bank
               notices@becket-lee.com
              James J Joseph (TR)     kvalbuena@dgdk.com,    jjoseph@ecf.epiqsystems.com;DanningGill@Gmail.com
              Tyson    Takeuchi    on behalf of Joint Debtor Marjorie Serafico Ferrer tyson@tysonfirm.com,
               albert@tysonfirm.com
              Tyson    Takeuchi    on behalf of Debtor Antonio Panopio Ferrer, Jr. tyson@tysonfirm.com,
               albert@tysonfirm.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Antonio Panopio Ferrer Jr.

**BANKRUPTCY NO.**  8:13−bk−13337−CB

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−9442
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 7/31/13

**JOINT DEBTOR INFORMATION:**
Marjorie Serafico Ferrer

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0755
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  7/31/13

**Address:**
7806 Adams Way
Buena Park, CA 90620

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: July 31, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

11 − 5 / MLG

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.